**Order entered March 11, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-19-01247-CR

**ANDREW JACOBY DUFFY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F18-2085-J**

## ORDER

Before the Court is court reporter Kimberly Xavier's March 9, 2020 request to extend time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record due on or before March 31, 2020.

/s/ BILL PEDERSEN, III
   JUSTICE